**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICK ALLEN** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 19-CV-0848** |
| | **:** | |
| **GEORGE W. HILL** | **:** | |
| **CORRECTIONAL PRISON** | **:** | |

## <u>ORDER</u>

**NOW**, this 2nd day of April, 2019, upon consideration of *pro se* Plaintiff Patrick Allen's Motion for Leave to Proceed *In Forma Pauperis* (Document No. 1) and his Complaint, it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED**.

2.  The Complaint is deemed filed.

3.  Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

4.  Allen is granted leave to file an amended complaint within thirty (30) days of the date of this Order, provided he can state a plausible, timely claim for relief against a proper defendant.[1]

5.  The Clerk of Court is **DIRECTED** to send plaintiff a copy of this Court's form complaint to be used by a *pro se* individual filing a civil action.

6.  If plaintiff files an amended complaint, it must describe in detail the basis for each of his claims against the defendant.  If the plaintiff does not know the identity of any

---

[1]  Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant.

of the individuals responsible, he may refer to them as Jane or John Does.  In that case, he must still describe how each individual violated his rights.

7.      If Allen files an amended complaint, the Clerk shall not make service unless ordered to do so.

8.      If Allen fails to file an amended complaint within thirty days, the case will be dismissed.

                                        /s/TIMOTHY J. SAVAGE